IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COURTNEY Z. JOHNSON** **PLAINTIFF**

v. Case No: 4:19-cv-00544-KGB

**STATE OF ARKANSAS OFFICE
OF CHILD SUPPORT ENFORCEMENT**, *et al.* **DEFENDANTS**

## ORDER

Plaintiff Courtney Z. Johnson filed a *pro se* complaint on August 6, 2019, and an incomplete motion for leave to proceed *in forma pauperis* (Dkt. Nos. 1, 2). On October 30, 2020, the Court directed Mr. Johnson to either pay the filing fee in full or file a properly completed application to proceed *in forma pauperis* by November 30, 2020 (Dkt. No. 3). Mr. Johnson was advised that, if he failed to do so timely, this case would be dismissed without prejudice. *See* Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). A copy of the Court's October 30, 2020, Order was mailed to Mr. Johnson at his address of record.

As of the date of this Order, Mr. Johnson has not complied with the Court's Order of October 30, 2020, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice.

So ordered this 19th day of September, 2022.

_____
Kristine G. Baker
United States District Judge