## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**COURTNEY Z. JOHNSON**                                                                    **PLAINTIFF**

**v.**                              **Case No: 4:19-cv-00544-KGB**

**STATE OF ARKANSAS OFFICE**
**OF CHILD SUPPORT ENFORCEMENT,** *et al.*                          **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Courtney Z. Johnson's complaint is dismissed without prejudice (Dkt. No. 1).  The relief sought is denied.

So adjudged this 19th day of September, 2022.

_____
Kristine G. Baker
United States District Judge